**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1580**

LUSCIOUS GRAHAM,

        Plaintiff - Appellant,

    v.

ANTERO RESOURCES CORPORATION, a Delaware Corporation,

        Defendant - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg. Frederick P. Stamp, Jr., Senior District Judge. (1:16-cv-00026-FPS-MJA)

Submitted: February 20, 2018                 Decided: March 8, 2018

Before WILKINSON and DIAZ, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Luscious Graham, Appellant Pro Se. W. Henry Lawrence, IV, Justin Aaron Rubenstein, Amy Marie Smith, STEPTOE & JOHNSON PLLC, Bridgeport, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luscious Graham filed a civil action in West Virginia state court, which the Defendant removed to federal district court based on diversity jurisdiction. The district court denied Graham's subsequent motion to remand to state court and ultimately granted summary judgment to the Defendant. Graham's sole challenge on appeal is to the district court's order finding diversity jurisdiction and denying her motion to remand. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Graham v. Antero Res. Corp.*, No. 1:16-cv-00026-FPS-MJA (N.D.W. Va. July 26, 2016; Apr. 7, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*